THERESE M. LAWLESS - Bar # 127341
SONYA L. SMALLETS - Bar # 226190
KATE SOLODKY - Bar # 251403
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 391-7555
tlawless@lawlesssf.com
ssmallets@lawlesssf.com
ksolodky@lawlesssf.com

Attorneys for Plaintiff
CATHARINE PRICCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHARINE PRICCO, | ) No. CV 09-3772 PJH |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) RESOLUTION AND REQUEST TO |
| vs. | ) VACATE CASE MANAGEMENT |
| | ) CONFERENCE *AND ORDER* |
| DELTA AIR LINES, INC., | ) *CONTINUING BUT NOT VACATING* |
| | ) Judge: Hon. Phyllis J. Hamilton *CONFERENCE* |
| Defendant. | ) Complaint Filed: July 17, 2009 |
| | ) |

The parties, by and through their counsel, hereby inform the Court that this matter has been resolved and that the parties are in the process of finalizing the resolution documents. The parties stipulate that the dismissal of this matter will be filed by November 30, 2009, and request that the Case Management Conference currently scheduled for December 3, 2009, at 2:00 p.m. be vacated.

///

///

STIPULATION REGARDING RESOLUTION AND REQUEST TO VACATE CASE
MANAGEMENT CONFERENCE
Case No. CV 09-3772 PJH                                                            -1-

1  Dated: November 4, 2009                        LAWLESS & LAWLESS
2
3                                              by    /s/
                                                  _____
                                                  Therese M. Lawless
4                                                 Attorneys for Plaintiff
5
6  Dated: November 4, 2009                        SEYFARTH SHAW LLP
7
8                                              by    /s/
                                                  _____
                                                  Gilmore F. Diekmann, Jr.
9                                                 Attorneys for Plaintiff
10
11
12
13
14
15
16
17                                             IT IS SO ORDERED
18
19                                             _____
                                               Phyllis J. Hamilton
20                                             United States District Judge

21                                             Date  11/12/09
22
23
24                         CMC continued to 1/28/10 at 2:00 pm
25
26
27
28 STIPULATION REGARDING RESOLUTION AND REQUEST TO VACATE CASE
   MANAGEMENT CONFERENCE
   Case No. CV 09-3772 PJH                                              -2-