THERESE M. LAWLESS - Bar # 127341
SONYA L. SMALLETS - Bar # 226190
KATE SOLODKY - Bar # 251403
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 391-7555
tlawless@lawlesssf.com
ssmallets@lawlesssf.com
ksolodky@lawlesssf.com

Attorneys for Plaintiff
CATHARINE PRICCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHARINE PRICCO, | ) No. CV 09-3772 PJH |
| Plaintiff, | ) STIPULATION AND REQUEST FOR ) DISMISSAL |
| vs. | ) |
| DELTA AIR LINES, INC., | ) |
| Defendant. | ) Judge: Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: November 13, 2009                                    LAWLESS & LAWLESS

                                                    by   *Sonya Smallets*
                                                        Sonya L. Smallets
                                                        Attorneys for Plaintiff

STIPULATION AND REQUEST FOR DISMISSAL
Case No. CV 09-3772 PJH                                                                 -1-

Dated: November 20, 2009

SEYFARTH SHAW LLP

by [signature]
Gilmore F. Diekmann, Jr.
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: 11/25/09

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA